# EXHIBIT A

**Invoice Itemization for Amounts Owed by Defendant**

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Thrifty Drug Stores, Inc.** *dba* **Thrifty White Pharmacy and Thrifty White Warehouse**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 1728546 | 4258191 | 1/26/2023 | 2/25/2023 | $ 10,252.80 | $ 10,252.80 |
| 1728546 | 4261432 | 2/1/2023 | 3/3/2023 | $ 300.72 | $ 300.72 |
| 1728546 | 4263136 | 2/2/2023 | 3/4/2023 | $ 10,252.80 | $ 10,252.80 |
| 1728546 | 4267692 | 2/9/2023 | 3/11/2023 | $ 2,419.20 | $ 2,419.20 |
| 1728546 | 4271231 | 2/15/2023 | 3/17/2023 | $ 6,336.00 | $ 6,336.00 |
| 1728546 | 4272256 | 2/16/2023 | 3/18/2023 | $ 300.72 | $ 300.72 |
| | | | Totals: | $ 29,862.24 | $ 29,862.24 |